IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00082–EWN

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. KRISOFFERSON WAYNE,

Defendant.

---

**SECOND ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **September 17, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

**ORDERED** that the deadline for filing all motions is August 17, 2007. All responses shall be filed by August 24, 2007. A hearing on the motions will be scheduled at a later date, if necessary. Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing. It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 9:30 o'clock a.m. on Thursday, **September 6, 2007**. The deadline for submitting the plea agreement and statement

of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Tuesday, September 4, 2007.

Dated: June 18, 2007